1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  JOHN ROBERT DEMOS, JR.,

9              Plaintiff,                    CASE NO. C22-793-RSM

10      v.                                   **ORDER**

11  REX TILLERSON, et al.,

12              Defendants.

13

14      Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida,

15  United States Magistrate Judge, any objections or responses to that, and the remaining record,

16  the Court finds and ORDERS:

17      (1)    The Court ADOPTS the Report and Recommendation.

18      (2)    The Court DENIES plaintiff IFP status and DISMISSES the proposed complaint,

19  Dkt. 1, without prejudice in accordance with 28 U.S.C. § 1915(g) and standing bar orders.

20      (3)    The Clerk is directed to send copies of this Order to the parties and to Judge

21  Tsuchida.

22  //

23  //

ORDER - 1

1

DATED this 14th day of June, 2022.

2

3

4

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

5

6

7

8

9

RICARDO S. MARTINEZ
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2